# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED 28 OCT '26 10:36 USDC-ORP

Nicholas L Rusk

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Trump, VANCE, 6 supreme Court Justice

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

AND Clerk Pipa Fisher.

Case No. 3:26-cv-02365-AB

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nicholas Leon Rusk

All other names by which you have been known: NoNe

ID Number: 260 35 63,

Current Institution: Peoria County Jail

Address: 301 N MAX Well Rd

Peoria (City) IL (State) 61604-528002 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Donald Trump, J.D. VANCe,

Job or Title *(if known)*: Pres. 'Vise, Pres

Shield Number: NoNe, There Defencless,

Employer: United STaTes of America,

Address: 1600 Pennsylvania AVE N-W,

WaShingTon D.C, (City) Virgina (State) 20530-0002 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Pipa Fisher

Job or Title *(if known)*: Supreme court clerk,

Shield Number: Defencless

Employer: U.S. Supreme court

Address: 1 FirsT ST

WashingTon D.C. (City) Virgina (State) 20543-0002 (Zip Code)

☐ Individual capacity ☑ Official capacity

Phone, 202-479-3019

30=educaTe, covid 19

She's DirTy

Defendant No. 3

Name: Clarence Thamas

Job or Title *(if known)*: supreme court Justice,

Shield Number: NONe,

Employer: united STaTes of America

Address: 1 First ST

Washington D.C. Virgina 20543-0002

City State Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: The otherS Republicans,

Job or Title *(if known)*: JusTices, For murder and

Shield Number: conspiceing To comiT murder

Employer: 18;241

Address:

WashingTon D.C. Virginc 20543-0002

City State Zip Code

☐ Individual capacity ☑ Official capacity

Virgina

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8Th 14Th AmendmenTs,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 8Th 14Th AND MANY more,

28USC,1343, im43 18;241 18;242

The US. supreme courT zip is 20543-0002

4-23-1983, 42i1983

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* False charges To be ShuT UP.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

on or around AUG or sepT of 2024

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

united STaTes supreme courT
SouThern DisTricT of IL

C. What date and approximate time did the events giving rise to your claim(s) occur?

iTs aproxement. The 3rd quarter of 24

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was Fileing evedence of Chemical Filled comensary Food wrappers on A 28USC 2254 To The Southern DisTricT of IL. aT That Time Trump, VANCe, AND oThers RAN

## V. Injuries

See

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

CANCer Brain Damage Death To American People AND Your Familie'S, world

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

43 Trillion To also Help The STaTe of ORGen OUT, Your Divisim 9 and 99% of my Numbers are 9 DigiTS Long are Social SecuriTy Numbers AND are PosTal Zip codes,

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

---

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

IT Ilegal IL, No one Follows STaTe or Federal Laws,

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

BuT They Throw Them in The Garbage,

If yes, which claim(s)?

ALL

---

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Peoria county Jail Jacksonville IL, C.C. 2268 E morTon AVE

2. What did you claim in your grievance? Zip 6 26 50-565399

3. What was the result, if any? more Prison Time For me because I was Doing The RiTe Thing AND Loolling ouT For OThers,

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I DonT even Think This STaTe Has A HonesT appeal Proceess, JusT Like A LoT of are D.O.J, They DonT Do There Jobs,

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

- [x] Yes
- [ ] No

BUT NOW im being granted DO TO Perjury. see, central District of IL case, 1-26-CV-01415 RJH

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Ronald IS A Good HonesT Judge AND MAN.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

US Supreme court under my, 18 U.S.C. 3006 A (d) 7,

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

There idiots,

1. Parties to the previous lawsuit

   Plaintiff(s) Trump, / C.I.A. / F.b.i.

   Defendant(s) see Division 9 appeal case# 26-3130

2. Court *(if federal court, name the district; if state court, name the county and State)*

   3-25-CV-01997 4:25-CV-00051

3. Docket or index number Division 9 appeal case# 26-3130

4. Name of Judge assigned to your case

   Division 9 Names No Judge,

5. Approximate date of filing lawsuit

   Last Year To SAVE Your Jobs,

6. Is the case still pending?

   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition. [signature]

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Your all scared of Trump,

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______

   Defendant(s) ______

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______

3. Docket or index number

   ______

4. Name of Judge assigned to your case

   ______

5. Approximate date of filing lawsuit

   ______

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-9-26

Signature of Plaintiff: Nick L Rusk

Printed Name of Plaintiff: Nicholas L Rusk

Prison Identification #: 260 35 63

Prison Address: 301 N MAXwell Rd

Peoria (City) IL (State) 61604 (Zip Code) 2

528002

### B. For Attorneys

Date of signing: 10-9-26

Trumps 80

Signature of Attorney: NONE, NONE want Now To

Printed Name of Attorney: Follow The Laws

Bar Number:

Name of Law Firm: Of make Money,

Address:

City State Zip Code

Telephone Number: 1800-244-3425

E-mail Address:

44th President

Trump 2025

Fraud

10-9-26.

RE Nicholas L Rusk
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 \42;1983
Civil Rights, That must be
up Held,, in 1984 when I GoT
A DifFerant incripted code Social
Security Number Given To me, I was
1 Years old, I was born in 83,
There was A Federal Law PuT in
Place That Give's all of ARE
administrations The AUThority To
Take ANY corperaTions or Local
STaTe GovermenTs To Federal
CourT For ProsecuTion For NoT
Following ARE Federal SAFTY
Guide Lines / Ryle and RegulaTions,
iT was called The Chevron VS
DeparTmenT of NATUral
Resources LAW,, as I was
mailing evedance To The
Southern DisTricT of IC U.S;
DisTricT courT AT 750
missouri AVE 62201,,
Trump RAN To The U.S, Supreme
courT wiTh His Known Group The
IdioTS, clarence Thomas
AMY BarreT, AliTo and The

P2,

oTher 3 Goons, over Turned Chev VS Dept of NaT Res so The C.I.A, F.b.I, corperaTions / Trump, biden, D.C. Could NoT be Held accounTable For PuTTing Deadly NuroLogical Toxins in are every DAY Foods AND HealTh care ProducTs That are also Sold aT Your Local WalmarT, covid IS A MAN Made manuFacTured Poisaning From chemicals, NoT A BacTerial Virus, So ThaT action alone PuTs Them all aT Full GuilT For ATempTing To STarT A (Virus) ThaT is Goverened By People consuming Deadly chemicals Like DDT and The Nuclear bomb chemicals ThaT are being PuT in Food RiTe Here in Peoria IL,, I Have contacted The InTernaTional Criminal courTs 3 Times wiTh very DeTailed BrieFs,

see P3

my First incarseration Date was AUG 6 of 2020, You Can look up The Jail booking Records, C.O, Jamie Davis, booked me in, She is A Nice Lady, Im Holding my Mask by my Neck / Throat, There still are A Few, Not MANY, but A Few Good People LeFT in This country That will stick There Necks out For other People, Thats what The Blue Colar class is about, Blue = Free, were Free Doing unto others as we would want Done unto ARE selves, So AS I Proved with my Fileings, The People I made mention of ARE RAPeist Frauds AND murderers, im Now GeTTing all of ARE milliTary equipment Kicked out of all Foren country's because we Have A insane Global Genocide Leader calling

see P4

The ShoTS To murder inocenT
Kids ThaT can NOT ProTecT
There selve's, so AUG 6 of 2020
=, 8-6-2020, 8= STop, 6= F.b.i.,
AND A Persoon wiTh 2020 Vision
Has PerFecT Vision, ThaT in
english say's STop Nick Hes
GoT iT all Figured out and
every one is seeing because
of A F.b.i. PAGe I'T Had, Here's
A LiTTLe BiT of The conecTion,
The T.N. counTry music industry
is DoNe, Pipa Fisher clerk of
US Supreme courT RelaTed To
MiKe Fisher carrie underwoods
Husband, Phone Number is This
code, 202-479-3019, =
20= D.C. 2=Yes, 47 ThPresidenT,
She's Trying To GeT in The middle
of Division 9 So She can Poisan
Her selF AND Kids, 30=
educaTe Her Very STupid
SelF and oThers abouT
covid 19 AND How cell
Phone and inTerneT Signal is

see P5

also involved in The very ScienTiFic mix of iT All, Now NoNe of ARE adminesTraTions Can Do ANY Thing To upHold ANY of ARE adminesTraTions Laws ThaT ProTecT US, They made iT 100 Percent Legal To PuT chemicals in Food To Poisan every one, includeing There selve's, I Relise Now ThaT There isnT To MANY Very smarT People in ARE Federal GovermenT, BuT I Had No Idea They were all Truly ThaT Dumb, Trump is AS WhiTe Trash as They GeT,, MY Forma Paupecis moTions ARE Now being GranTed Do To Perjury, I Proved ThaT AGainsT me By Trump ALSO, ITS up To You, IF You wanT To Live in A CounTry ThaT You CAN NOT Buy Clean HealThy Food in.

[signature]

Pg 6,,

Bend ORGen, ==
By,, emergancy,, Nichlas
1 2 3
Done,, silver Rails school,
4 I Posted A Picture on
F.B. of BLack Train
chemical TANKer cars,
on silver Train Tracks
Rails, silver Represents The
Personality of A Happy Persona
But A Sadness That cares
For others, I started my
Federal Fileings in 2021 AND
To This DAY, NOT one D.O.J.
worker Has came To TALK To
me, I SAVED all of Your
Jobs, MAYbe aFTer A Few
more school shootings of Kids
Trying To educate You all
also, Some one MAY Get
The Hint,, The Entire D.O.J.
Is extremely S.M.I.

I Tried.

Today or Never ?

FILED 28 OCT '26 10:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON Division 9

NICHOLAS L. RUSK
Plaintiff,

v.

SHERIFF CHRIS WATKINS, et al.
Defendant.

Case No.: 3:26–cv–01947–IM

Well ?

**Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** 10-9-26

**Signature:** [signature]

**Name and OSB ID:** NONE

**E–mail Address:**

**Firm Name:**

**Mailing Address:**

**City, State, Zip:**

**Parties Represented:**

**DATED: September 18, 2026**

**MELISSA AUBIN**
**Clerk of Court**

by: /s/ A. Morrissey
A. Morrissey, Deputy Clerk

I Dont Know. The District courts Do Not Follow Federal Law/civil Law and The appelate courts are scared of There own Shadow's To even Protect There own Live's. I Have Done A Lot of Free community Service/work For This crumbled Federal Gov over The Last 35 Years and Still No one will Follow Federal Law. is what im SAYing is, I Dont Think ANY one will Follow Federal Law To Take action For ANY of my complaints. So what Does IT matter who Does what.

see Rev →

Because No one Does AnyThing
I'm NoT being A SmarT alick,
but IF You Read Through my 6 Years
of complainTS, You all wanT To
be Poisand, You Think mind manipulat
ion is ok, You all CaN break
Federal Law buT No one els
CAN, So Do what You wanT,
I will Follow Through as The
Law Show'S me To Do,
28 USC 1254 or 1257 There
Both The SAME, Then D.C,
well who Knows, Some one
is Going To Have ARSonic in
There cockTails before iTS over
so They Realy canT be Held
accounTable, Like mr 47, He Poisand The
Last 3 DemcraTS so He could PuT in
a majoriTy of 6 To GeT AWay wiTh
murder, AND erase my blind sons S.S,
Number

Nicholas L Rusk 7-911
peoria county Jail
301 N MAXwell Rd
Peoria IL 61604-8002

Legal mail

Legal mail




UNited STaTes
Federal courT House
Division 9
1000 S-W 3rd AVE #740
PorTLand O.R. 97204

T. L. C.O.